CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CHRIS LANGER, | **Case:** 2:19-CV-02027-GW-JC |
|---|---|
| Plaintiff, | |
| v. | **Plaintiff's Notice of Voluntary Dismissal Without Prejudice** |
| JESUS DEL RIO; and Does 1-10, | |
| Defendants. | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Jesus Del Rio has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: September 12, 2019     CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
      Amanda Lockhart Seabock
      Attorneys for Plaintiff